# Appendix B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA )
)
v. )
) Criminal Case No. 3:92CR68-03
JAMES H. ROANE, JR. )
a.k.a. "J.R." )
)

**VERDICT**



WE, THE JURY, FIND as follows:

**Count 1:** Conspiracy to Distribute Controlled Substance

<u>Guilty</u>
(Guilty or Not Guilty)

**Count 2:** Continuing Criminal Enterprise

<u>Question:</u> Do you find that the government has proven, beyond a reasonable doubt, that a Continuing Criminal Enterprise existed as charged in the indictment?

Yes:  _Yes_      No: _____

If you indicated above that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant, JAMES H. ROANE, JR., Not Guilty as to Count 2.

If you indicated that a Continuing Criminal Enterprise <u>did</u> exist, you must now determine whether defendant JAMES H. ROANE, JR. is Guilty or Not Guilty of the crime of engaging in that continuing criminal enterprise as charged in Count 2, and enter your finding below:

<u>Guilty</u>
(Guilty or Not Guilty)

Defendant JAMES H. ROANE, JR. is not charged in Counts 3-4 of the indictment.

**Count 5:**  Killing of Douglas Moody while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

Guilty
_____
(Guilty or Not Guilty)

**Count 6:**  Use of Firearm in Relation to Killing of Douglas Moody

Guilty
_____
(Guilty or Not Guilty)

**Count 7:**  Killing of Douglas Moody to Maintain or Increase Position in Racketeering Enterprise

Guilty
_____
(Guilty or Not Guilty)

**Count 8:**  Killing of Peyton Maurice Johnson while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

Guilty
_____
(Guilty or Not Guilty)

**Count 9:**  Use of Firearm in Relation to Killing of Peyton Maurice Johnson

Guilty
_____
(Guilty or Not Guilty)

**Count 10:** Killing of Peyton Maurice Johnson to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

**Count 11:** Killing of Louis J. Johnson, Jr., while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

_____Guilty_____
(Guilty or Not Guilty)

**Count 12:** Use of Firearm in Relation to Killing of Louis J. Johnson, Jr.

_____Guilty_____
(Guilty or Not Guilty)

**Count 13:** Killing of Louis J. Johnson, Jr., to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

**Count 14:** Killing of Torrick Brown, Jr., to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

**Count 15:** Use of Firearm in Relation to Killing of Torrick Brown, Jr., and Maiming of Martha McCoy

_____Guilty_____
(Guilty or Not Guilty)

Count 16:        Maiming of Martha McCoy to Maintain or Increase
                 Position in Racketeering Enterprise

                         Guilty
                 _____
                 (Guilty or Not Guilty)

Defendant JAMES H. ROANE, JR., is not charged in Counts 17-31 of
the indictment.


Count 32:        Possession of Controlled Substance with Intent to
                 Distribute  (on or about 2/2/92)

                         Guilty
                 _____
                 (Guilty or Not Guilty)

Defendant JAMES H. ROANE, JR. is not charged in Count 33 of the
indictment.


SO SAY WE ALL.


_____          _____
FOREPERSON'S SIGNATURE                  2/3/93
                                        DATE