# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

May 20, 2016

_____

## PARTIAL RECORD REQUEST
_____

No. 16-6,    In re: James Roane, Jr.
3:92-cr-00068-JRS-3

TO: Fernando Galindo
UNITED STATES DISTRICT COURT
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-3528

PARTIAL RECORD DUE:  May 25, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Pre-Sentence Report**

If there is any problem with transmission of the partial record, please notify me.

RJ Warren, Deputy Clerk
804-916-2702