# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 20, 2016

_____

## RESPONSE REQUESTED
_____

No. 16-6,        <u>In re: James Roane, Jr.</u>
             3:92-cr-00068-JRS-3

TO:   Richard Daniel Cooke
      Gurney Wingate Grant

RESPONSE DUE: 05/26/2016

Response is required to the motion for authorization to file successive habeas application on or before 05/26/2016.

RJ Warren, Deputy Clerk
804-916-2702