UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6
(3:92-cr-00068-JRS-3)
_____

In re: JAMES H. ROANE, JR.

      Movant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing a response to the motion for authorization to file a successive habeas application to June 1, 2016. Counsel is advised that no further extensions will be granted absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk