# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 1, 2020

_____

## RECORD RETURN

_____

No. 16-6,     <u>In re: James Roane, Jr.</u>

3:92-cr-00068-JRS-3

TO:   Fernando Galindo
UNITED STATES DISTRICT COURT
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-3528

The original record on appeal is returned herewith. The enclosed record consists of:

[1] SEALED volume

**[1] TOTAL VOLUME**

Emily Borneisen, Deputy Clerk
804-916-2704